UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON LEE FITTS,

       Plaintiff,                      CIVIL ACTION NO. 05 CV 73112 DT

v.                                 DISTRICT JUDGE PAUL D. BORMAN

S.L. BURT, *et al.*,                MAGISTRATE JUDGE VIRGINIA M. MORGAN

       Defendants.
_____/

## ORDER

Defendants filed motions to dismiss this prisoner civil rights action on the ground that plaintiff failed to exhaust his administrative remedies prior to filing suit. The court recommended that the motions be granted. In accordance with that recommendation, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Produce Addresses Under Seal and In Camera (D/E #41) is **DENIED AS MOOT**.

                                            s/Virginia M. Morgan
                                            VIRGINIA M. MORGAN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: April 27, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON LEE FITTS,

        Plaintiff,                        CIVIL ACTION NO. 05 CV 73112 DT

    v.                                    DISTRICT JUDGE PAUL D. BORMAN

S.L. BURT, *et al.*,                MAGISTRATE JUDGE VIRGINIA M. MORGAN

        Defendants.
_____/

**PROOF OF SERVICE**

The undersigned certifies that the foregoing Order was served upon Cameron Lee Fitts and counsel of

record via the Court's ECF System and/or U. S. Mail at the address disclosed on the notice of electronic filing on April 27, 2006.

                                        s/Jennifer Hernandez
                                        Case Manager to
                                        Magistrate Judge Virginia M. Morgan