# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CAMERON LEE FITTS,

      Plaintiff,                          Case Number: 05-73112

v.                                        JUDGE PAUL D. BORMAN
                                            UNITED STATES DISTRICT COURT

S.L. BURT, *et al.*,

      Defendants.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF GRANTING DEFENDANTS' MOTION TO DISMISS

     Before the Court is the Magistrate Judge's Report and Recommendation in favor of granting Defendants' Motion to Dismiss. Having reviewed that Report and Recommendation and Petitioner's objections thereto, the Court enters as its findings and conclusions the Report and Recommendation GRANTING Defendants' Motion to Dismiss.

     **SO ORDERED.**

                                                         S/Paul D. Borman
                                                         PAUL D. BORMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: June 26, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 26, 2006.

                                                          S/Jonie Parker
                                                        Case Manager